■ In the Matter of BARRY R. SHAPIRO, a Disbarred Attorney. [614 NYS2d 118] —Motion to vacate order which directed the striking of petitioner's name from the roll of attorneys and counselors-at-law in the State of New York, or for other relief, denied in its entirety. No opinion. Concur—Murphy, P. J., Sullivan, Carro, Ross and Asch, JJ.

■ In the Matter of MARK L. FISHBEIN (Admitted as MARK LEWIS FISHBEIN), a Suspended Attorney, for Reinstatement. [614 NYS2d 118] —Petitioner's motion is granted, the Hearing Panel's report is confirmed and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective immediately. No opinion. Concur—Murphy, P. J., Ross, Asch, Rubin and Tom, JJ.